UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAUREN HUNTINGTON, *et al.*, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>        Defendant. | Case No. 4:22-cv-10508-SDK-EAS<br><br>Hon. Shalina D. Kumar<br><br>Magistrate Elizabeth A. Stafford |

**STIPULATED ORDER EXTENDING TIME FOR FCA US LLC TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND SETTING BRIEFING SCHEDULE ON ANY MOTION TO DISMISS**

Plaintiffs and Defendant FCA US LLC have stipulated to the entry of an Order as follows:

FCA US was first served in this case with Plaintiffs' First Amended Class Action Complaint ("FAC") (ECF #8) on March 31, 2022.

FCA US's response is presently due by April 21, 2022.

The FAC asserts claims by eighteen named plaintiffs on behalf of a putative nationwide class and fourteen state-specific sub-classes for California, Colorado,

Florida, Idaho, Illinois, Maryland, Massachusetts, Minnesota, New Hampshire, New Jersey, New York, Ohio, Oregon, and Virginia.

FCA US requires additional time to investigate Plaintiffs' claims and prepare its response.

The Parties are aware of potentially related actions pending before the Court. During the extension sought herein, the Parties shall in good faith explore opportunities to coordinate and/or consolidate these potentially related actions and may seek to further modify the response date and briefing schedule.

The Parties have stipulated to a four-week extension of time for FCA US to answer, move, or otherwise plead to the FAC, and also, to the extent FCA US's response is a motion to dismiss, to the entry of a briefing schedule as follows:

- FCA US shall answer, move, or otherwise plead to the FAC no later than May 20, 2022;
- If FCA US files a motion to dismiss as its response, Plaintiffs' opposition shall be filed no later than June 24, 2022; and
- FCA US's reply in support of any motion to dismiss shall be filed no later than July 15, 2022.

For good cause shown, **IT IS HEREBY ORDERED** that: (1) FCA US shall answer, move, or otherwise plead to the FAC no later than **May 20, 2022**; (2) if FCA US files a motion to dismiss as its response, Plaintiffs' opposition shall be filed

no later than **June 24, 2022**; and (3) FCA US's reply in support of any motion shall be filed no later than **July 15, 2022**.

**SO ORDERED**.

Dated:  April 20, 2022  s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

Dated:  April 18, 2022

***Stipulated by and between:***

| | |
|---|---|
| /s/  E. Powell Miller (with consent)<br>E. Powell Miller (P39487)<br>Sharon S. Almonrode (P33938)<br>Dennis A. Lienhardt (P81118)<br>THE MILLER LAW FIRM, P.C.<br>950 W. University Dr., Ste. 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br>dal@millerlawpc.com<br><br>Steve W. Berman<br>Thomas E. Loeser<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>steve@hbsslaw.com<br>toml@hbsslaw.com<br><br>*Attorneys for Plaintiffs* | /s/  Stephen A. D'Aunoy<br>Stephen A. D'Aunoy (MO/54961)<br>Thomas L. Azar, Jr. (MO/56634)<br>Scott H. Morgan (MO/61853)<br>THOMPSON COBURN LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>Telephone:  (314) 552-6000<br>sdaunoy@thompsoncoburn.com<br>tazar@thompsoncoburn.com<br>smorgan@thompsoncoburn.com<br><br>Stephen King (P56456)<br>KING & ASSOCIATES, PLLC<br>355 S. Old Woodward, Ste. 100<br>Birmingham, MI 48009<br>Telephone:  (248) 792-2398<br>sking@kingandmurray.com<br><br>*Attorneys for Defendant FCA US LLC* |

3