UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAUREN HUNTINGTON, *et al.*,

    Plaintiffs,

v.                                          Case No 4:22-cv-10508-SDK-EAS

FCA US LLC, a Delaware Limited
Liability Company,

    Defendant.

## **APPEARANCE OF STEPHEN W. KING**

PLEASE TAKE NOTICE that Stephen W. King of the law firm King & Associates, PLLC has this day entered his appearance as co-counsel of record for Defendant FCA US LLC.

                                                  Respectfully submitted,

                                                  By: */s/Stephen W. King*
                                                  Stephen W. King (P56456)
                                                  Attorneys for Defendant FCA US LLC
                                                  KING & ASSOCIATES, PLLC
                                                  355 S. Old Woodward, Suite 100
                                                  Birmingham, MI 48009
                                                  (248) 792-2398
                                                  sking@kingandmurray.com

Dated: May 8, 2022

## **CERTIFICATE OF SERVICE**

Stephen W. King certifies that on May 8, 2022, he electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record herein at their respective addresses as disclosed on the pleadings.

*/s/ Stephen W. King*
Stephen W. King
