# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LAUREN HUNTINGTON, *et al.*,

        Plaintiffs,

Case No. 4:22-cv-10508-SDK-EAS

v.

FCA US LLC,

        Defendant.

_____/

## APPEARANCE OF ALISON H. RODNEY

PLEASE TAKE NOTICE that Alison H. Rodney of the law firm of Bush Seyferth PLLC, has this day entered her appearance as attorney of record for Defendant FCA US LLC in the above-entitled cause.

By: */s/ Alison H. Rodney*
Alison H. Rodney
Bush Seyferth PLLC
100 West Big Beaver Rd., Suite 400
Troy, MI 48084
Telephone: (248) 822-7857
Facsimile: (248) 822-7800
rodney@bsplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Alison H. Rodney*