UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAUREN HUNTINGTON, ANDREW BERZANSKIS and MARGARENT WILENSKY, a married couple, SCOTT CARNEY, NICOLE and STEPHEN COSTA, a married couple, MICHAEL CHRISTIE, DIANE and DAVID DAVIDSON, a married couple, MICHAEL KEETH, ALICIA and DAVID MALTZ, a married couple, DIAHANN MESSEGUER, ELIZABETH NIEMIOJA, JAMES QUATTROPANI, ANDREW VENTURA, SPENCE VOSS, and TRACY WHITMAN BRACE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability corporation,<br><br>      Defendant. | Case No. 2:22-cv-10508<br><br>Hon. Shalina D. Kumar |

**STIPULATED ORDER CONSOLIDATING CASES PURSUANT TO FED. R. CIV. P. 42(a) AND E.D. MICH. L.R. 42.1**

Defendant FCA US LLC and Plaintiffs (hereinafter jointly "the Parties") in the four pending cases identified below (hereinafter the "Actions"), pursuant to Fed. R. Civ. P. 42(a) and E.D. MI L.R. 42.1, and subject to the Court's approval, stipulate

to consolidate the Actions into a single action for any and all purposes, including trial, before the Honorable Judge Shalina D. Kumar in the Eastern District of Michigan. The Parties further stipulate, subject to the Court's approval, to a schedule for the filing of a consolidated complaint and responsive pleading.

1. The Actions to be consolidated, as listed below, are all now pending before Judge Kumar:

   a. *Huntington, et al. v. FCA US LLC*, Case No. 2:22-cv-10508 (E.D. Mich.), originally filed on March 8, 2022 (ECF No. 1) and amended complaint filed on March 25, 2022 (ECF No. 8);

   b. *Ramirez, et al. v. FCA US LLC*, Case No. 2:22-cv-10734 (E.D. Mich.), filed on April 6, 2022;

   c. *Schumann, et al. v. FCA US LLC*, Case No. 4:22-cv-10771 (E.D. Mich.), filed on April 8, 2022;

   d. *Findeiss, et al. v. FCA US LLC*, Case No. 2:22-cv-10850 (E.D. Mich.), filed on April 21, 2022.

2. The Parties stipulate and agree that case numbers 2:22-cv-10734, 4:22-cv-10771, and 2:22-cv-10850 shall be consolidated with case number 2:22-cv-10508 for all purposes, including trial.

3. This Proposed Stipulated Order will be submitted in all four of the Actions.

4. The Parties stipulate and agree that FCA US's responsive pleading deadlines in all the Actions are vacated.

5. The Parties further stipulate and agree to the following schedule for the filing of a consolidated complaint and a responsive pleading upon the Court's entry of an order consolidating the Actions:

   a. Plaintiffs shall have 10 days from entry of this Order to file a consolidated complaint.

   b. FCA US shall have 45 days from the filing of Plaintiffs' consolidated complaint to file its responsive pleading to the consolidated complaint.

   c. If FCA US files any motion as a responsive pleading, Plaintiffs shall have 45 days to oppose any such motion or amend their complaint.

   d. If Plaintiffs file an opposition to any motion, FCA US shall have 30 days to file a Reply.

6. The Parties agree to use the case caption from the *Huntington* Action in future court filings and all future filings shall be made in the *Huntington* Action, Civil Action No. 2:22-cv-10508, and further agree that the *Ramirez, Findeiss,* and *Schumann* actions shall be closed for administrative purposes.

APPROVED AND ORDERED.

Dated: June 13, 2022						s/Shalina D. Kumar
								Shalina D. Kumar
								United States District Court Judge

**SO STIPULATED:**

Dated: May 6, 2022                                      Respectfully submitted,

| | |
|---|---|
| /s/ *Stephen A. D'Aunoy (w/consent)* | /s/ *E. Powell Miller* |
| Stephen A. D'Aunoy (MO/54961) | E. Powell Miller (P39487) |
| Thomas L. Azar, Jr. (MO/56634) | Sharon S. Almonrode (P33938) |
| Scott H. Morgan (MO/61853) | Dennis A. Lienhardt, Jr. (P81118) |
| THOMPSON COBURN LLP | THE MILLER LAW FIRM, P.C. |
| One US Bank Plaza | 950 West University Drive, Suite 300 |
| St. Louis, Missouri 63101 | Rochester, MI 48307 |
| Tel: (314) 552-6000 | Telephone: (248) 841-2200 |
| sdaunoy@thompsoncoburn.com | epm@millerlawpc.com |
| tazar@thompsoncoburn.com | ssa@millerlawpc.com |
| smorgan@thompsoncoburn.com | dal@millerlawpc.com |
| | |
| Stephen King (P56456) | Steve W. Berman |
| KING & ASSOCIATES, PLLC | Thomas E. Loeser |
| 355 S. Old Woodward, Ste. 100 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Birmingham, MI 48009 | 1301 Second Avenue, Suite 2000 |
| Telephone: (248) 792-2398 | Seattle, WA 98101 |
| sking@kingandmurray.com | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| *Attorneys for Defendant* | steve@hbsslaw.com |
| | toml@hbsslaw.com |
| | |
| | Stephen R. Basser |
| | Samuel M. Ward |
| | BARRACK, RODOS, & BACINE |
| | 600 W Broadway, Suite 900 |
| | San Diego, CA 92101 |
| | Telephone: (619)230-0800 |
| | Facsimile: (619) 230-1874 |
| | sbasser@barrack.com |
| | sward@barrack.com |
| | |
| | Jeffrey W. Golan |
| | BARRACK, RODOS & BACINE |
| | Two Commerce Square |

2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
jgolan@barrack.com

John G. Emerson
EMERSON FIRM, PLLC
2500 Wilcrest Drive, Suite 300
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
jemerson@emersonfirm.com

*Attorneys for Plaintiffs and the putative class*