UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lauren Huntington, et al

        Plaintiff(s),  Case No. 22-10508

v.  Honorable Shalina D. Kumar

FCA US LLC  Magistrate Judge Elizabeth A. Stafford

        Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

    This case appears to be a companion case to Case No. __22-md-3040__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __David M. Lawson__ and Magistrate Judge _____.

                                          s/Shalina D. Kumar
                                          Shalina D. Kumar
                                          United States District Judge

                                          s/David M. Lawson
                                          David M. Lawson
                                          United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: _____

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __August 17, 2022__                             s/ S Schoenherr
                                                          Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable David M. Lawson